# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE GUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH AMERICAN COLLECTORS, INC.,<br><br>　　　　Defendant. | Case No.  1:12-cv-01590-AWI-SAB<br><br>**ORDER TO FILE DISPOSITIVE DOCUMENTS**<br><br>FOURTEEN (14) DAY DEADLINE |

　　On February 27, 2013, Plaintiff Carrie Gunter ("Plaintiff") filed a notice of settlement in this action. (ECF No. 9.) Plaintiff informed the Court that settlement would be finalized within forty (40) days. (Notice of Settlement 1:20-22.) To date, the parties have not filed dismissal papers in light of the settlement.

　　Accordingly, the parties are HEREBY ORDERED to file documents necessary to dismiss this case within **fourteen (14) days** of the date of this order. If dispositive documents are not filed within fourteen (14) days, the Court will issue an order to show cause.

IT IS SO ORDERED.

Dated:   **April 9, 2013**　　　　　　　　　　　　　／s／  
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28