# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE GUNTER, | Case No.  1:12-cv-01590-AWI-SAB |
| Plaintiff, | **ORDER TO FILE DISPOSITIVE DOCUMENTS** |
| v. | FOURTEEN (14) DAY DEADLINE |
| NORTH AMERICAN COLLECTORS, INC., | |
| Defendant. | |

On February 27, 2013, Plaintiff Carrie Gunter ("Plaintiff") filed a notice of settlement in this action.  (ECF No. 9.)  Plaintiff informed the Court that settlement would be finalized within forty (40) days.  (Notice of Settlement 1:20-22.)  To date, the parties have not filed dismissal papers in light of the settlement.

Accordingly, the parties are HEREBY ORDERED to file documents necessary to dismiss this case within **fourteen (14) days** of the date of this order.  If dispositive documents are not filed within fourteen (14) days, the Court will issue an order to show cause.

IT IS SO ORDERED.

Dated:  __**April 9, 2013**__

_____
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28