# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE GUNTER,<br><br>        Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN COLLECTORS, INC.,<br><br>        Defendant. | Case No. 1:12-cv-01590-AWI-SAB<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>RESPONSE DUE BY MAY 10, 2013 |

On April 9, 2013, this Court ordered Plaintiff to file dispositive documents within fourteen (14) days. (ECF No. 11.) Over fourteen (14) days have passed and dispositive documents have not been filed. There has been no activity in this case from any party since Plaintiff filed her notice of settlement on February 27, 2013. (ECF No. 9.)

The Court expressly warned Plaintiff that the Court would issue an order to show cause if dispositive documents were not filed. Accordingly,

Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed and closed due to Plaintiff's failure to comply with a court order and failure to prosecute. Plaintiff's response to this order to show cause **shall be filed no later than May 10, 2013**.

IT IS SO ORDERED.

Dated: **April 29, 2013**

                                          UNITED STATES MAGISTRATE JUDGE

1